# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                    **Case No.  6:04-cr-25-Orl-22DAB**

**TRISHA TRENT**

_____

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 347),

entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing

pursuant to Local Rule 6.01(c)(16) on November 4, 2010.

After an independent *de novo* review of the record in this matter, and noting that no

objections were filed, the Court agrees entirely with the findings of fact and conclusions of law

in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation entered November 10, 2010 (Doc. No. 347) is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant shall personally appear before this court on **WEDNESDAY,**

**December 15, 2010, at 9:15 A.M.**, at the George C. Young U.S. Courthouse & Federal

Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and

shall show cause why her supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 29, 2010.

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
TRISHA TRENT

ANNE C. CONWAY
United States District Judge